The People of the State of New York, Appellant, *v.* Eugene E. Bacon, Respondent.

Argued March 7, 1955; decided April 21, 1955.

*George Boldman, District Attorney,* for appellant.
*Benjamin Evans Dean* for respondent.

Order affirmed; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.